UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LAMARR ROWELL, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00244-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| STEVE WOLFSON, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#4[1]) entered on July 18, 2012, recommending granting Plaintiff's request to proceed *in forma pauperis*, denying Plaintiff's motion for appointment of counsel, and dismissing the complaint with prejudice. Plaintiff filed his Objections to Report and Recommendation of U.S. Magistrate Judge (#5) on July 27, 2012. Defendant did not file any response. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered Plaintiff's objections, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#4) entered on July 18, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered on July 18, 2012, is adopted and accepted, and IT IS HEREBY ORDERED that Plaintiff's request to proceed *in forma pauperis* (#1) is GRANTED. The Clerk of the Court shall file the complaint (#1-1). The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order does not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**.

IT IS FURTHER ORDERED that Plaintiff's motion for appoint of counsel is **DENIED as moot**.

IT IS SO ORDERED.

DATED this 27th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE